UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 3:26-cr-*51- WWB-SJH*
18 U.S.C. §§ 1343 & 2
18 U.S.C. §§ 1957 & 2

MORIOLE CLEVELAND DAVIS

## INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH SIX
### (Wire Fraud)

### A.     Introduction

At all times material to this indictment:

1.     Kabbage, Inc. d/b/a KServicing (Kabbage) was a direct commercial lender that specialized in helping small to midsize businesses finance and develop through Small Business Administration (SBA) programs, and assisted businesses in accessing the SBA Paycheck Protection Program (PPP). Kabbage utilized and accessed computer servers/data centers outside of the state of Florida, as part of conducting business lending in connection with PPP loans.

2.     Itria Ventures LLC (Itria) was a direct commercial lender that specialized in helping small to midsize businesses finance and develop through SBA programs, and assisted businesses in accessing the SBA PPP. Itria utilized and accessed computer

servers/data centers outside of the state of Florida, as part of conducting business lending in connection with PPP loans.

3. Amur Equipment Finance, Inc. (Amur) was a direct commercial lender that specialized in helping small to midsize businesses finance and develop through SBA programs, and assisted businesses in accessing the SBA PPP. Amur utilized and accessed computer servers/data centers outside of the state of Florida, as part of conducting business lending in connection with PPP loans.

4. Moriole Cleveland Davis (Davis) was a resident of Lake City, Florida, and full-time Nursing Assistant at the VA Medical Center in Lake City, Florida.

5. On or about August 3, 2020, Davis electronically submitted the SBA Form 2483-C (PPP Borrower Application Form for Schedule C Filers Using Gross Income) from the Middle District of Florida to Kabbage for a PPP loan (loan number ending 8202 for $20,409) stating that he was an eligible self-employed individual performing landscaping services under the business name "Moriole Davis." On or about October 8, 2021, Davis electronically submitted the SBA Form 3508S (PPP Loan Forgiveness Application Form) from the Middle District of Florida to Kabbage seeking loan forgiveness from the SBA. On or about January 8, 2021, the SBA did not forgive the PPP loan in the full loan amount.

6. On or about February 18, 2021, Davis electronically submitted the SBA Form 2483-SD (PPP Second Draw Borrower Application Form for Schedule C Filers

2

Using Gross Income) from the Middle District of Florida to Itria for a second draw of the PPP loan (loan number ending 8409 for $20,407.50) making the same or similar representations as in the original loan application. On or about April 7, 2022, Davis electronically submitted the SBA Form 3508S from the Middle District of Florida to Itria seeking loan forgiveness from the SBA. On or about April 13, 2022, the SBA forgave the second draw PPP loan in the amount of $20,407.50.

7.    On or about April 1, 2021, Davis electronically submitted the SBA Form 2483-SD (PPP Borrower Application Form for Schedule C Filers Using Gross Income) from the Middle District of Florida to Amur for a third PPP loan (loan number ending 8709 for $110,832) stating that he was a sole proprietor performing trucking services under the business name "Morioles miscellaneous Trucking Services." On or about December 3, 2021, Davis electronically submitted the SBA Form 3508S from the Middle District of Florida to Amur seeking loan forgiveness from the SBA. On or about December 13, 2021, the SBA forgave the third PPP loan in the amount of $110,832.

**The Small Business Administration**

8.    The United States SBA was an executive branch agency of the United States government that provided support to entrepreneurs and small businesses.

9.    The SBA enabled and provided for loans through banks, credit unions, and other lenders. These loans had government-backed guarantees. In addition to

3

traditional SBA funding programs, The CARES Act established several new temporary programs and provided for the expansion of others to address the COVID-19 outbreak.

**The Paycheck Protection Program**

10. One of the new programs was the SBA PPP, which was a loan designed to provide a direct incentive for small businesses to keep their workers on the payroll and / or make payroll costs. Under this program, the SBA could forgive all or part of loans, if employees were kept on the payroll for eight weeks and borrowers submitted documentation confirming that the loan proceeds were used for certain qualifying business purposes and expenses. The PPP forgiveness process required the applicant to electronically submit a PPP Loan Forgiveness Application Form, an SBA Form 3508S.

11. The PPP application process required interested applicants to electronically submit a Borrower Application Form, an SBA Form 2483. The application contained information as to the purpose of the loan, average monthly payroll, number of employees, payroll costs and background of the business and its owner. Applicants were also required to make certain good faith certifications, including that economic uncertainties had necessitated their loan requests for continued business operations, and that they intended to use loan proceeds only for the authorized purposes.

12. Further, when submitting the SBA Form 2483, the authorized representative certified his understanding that, should the PPP funds be knowingly used for unauthorized purposes, the United States could hold him or her legally liable, including for charges of fraud. The applicant was also required to certify the truth and accuracy of any information provided on the SBA Forms 2483 and 3508S, and in all supporting documents, to include any documents intended to verify the applicant's business expenses. The applicant was required to certify an understanding that knowingly making a false statement to obtain a guaranteed loan from the SBA is punishable under the law and subject to criminal penalties.

## B. The Scheme and Artifice

13. Beginning on an unknown date, but no later than in or around August 2020, and continuing through at least in or around April 2022, in the Middle District of Florida and elsewhere, the defendant,

### MORIOLE CLEVELAND DAVIS,

knowingly devised and intended to devise and aided and abetted a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

## C. Manner and Means of the Scheme and Artifice

14. The manner and means by which the defendant sought to accomplish and aid and abet the scheme to defraud included, among others, the following:

5

a.      It was part of the scheme and artifice that in August 2020, the defendant, would and did fraudulently complete and electronically submit SBA Form 2483-C (PPP Borrower Application Form for Schedule C Filers Using Gross Income) (loan ending in 8202) in the name "Moriole Davis" as an Eligible Self-Employed Individual along with an IRS Form 1040, Schedule C, for purposes of applying for a PPP loan to which the defendant was not entitled.

b.      It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483-C for the loan ending in 8202 in August 2020, the defendant would and did list the gross income from 2019 IRS Form, Schedule C, line 7 as $107,219, when there was no such gross income for that business.

c.      It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483-C for the loan ending in 8202 in August 2020, the defendant would and did claim the purpose of the loan was for payroll costs (including paying an eligible self-employed individual expenses, equal to business expenses plus owner compensation), corresponding to a loan amount of $20,409.

d.      It was further a part of the scheme and artifice that when fraudulently completing and electronically submitting the SBA Form 2483-C for the loan ending in 8202 in August 2020, the defendant would and did certify that the funds would be used to maintain payroll and cover operations expenditures and supplier costs, as specified under the PPP Rules, when in fact they were not.

6

e.    It was further a part of the scheme and artifice that in October 2021, the defendant would and did fraudulently complete and electronically submit SBA Form 3508S (PPP Loan Forgiveness Application Form) seeking forgiveness for the PPP loan ending in 8202, to which he was not entitled because of the fraudulent misrepresentations included in the PPP loan application.

f.    It was further a part of the scheme and artifice that in February 2021, the defendant would and did fraudulently complete and electronically submit an SBA Form 2483-SD (PPP Second Draw Borrower Application Form for Schedule C Filers Using Gross Income) for a second draw for Moriole Davis (loan ending in 8409) for purposes of applying for a second draw on the loan to which he was not entitled.

g.    It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483-SD for the second draw loan ending in 8409 in February 2021, the defendant would and did list the gross income from 2019 IRS Form, Schedule C, line 7 as $107,219, when there was no such gross income for that business.

h.    It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483-SD for the loan ending in 8409 in February 2021, the defendant would and did claim the purpose of the loan was for payroll costs (including paying an eligible self-employed individual expenses, equal to

7

business expenses plus owner compensation), corresponding to a loan amount of $20,407.50.

i.       It was further a part of the scheme and artifice that when fraudulently completing and electronically submitting the SBA Form 2483-SD for the loan ending in 8409 in February 2021, the defendant would and did certify that the funds would be used to maintain payroll costs and cover operations expenditures and supplier costs, as specified under the PPP Rules, when in fact they were not.

j.       It was part of the scheme and artifice that in October 2021, the defendant would and did fraudulently complete and electronically submit SBA Form 3508S (PPP Loan Forgiveness Application Form) seeking forgiveness for the PPP loan ending in 8409, to which he was not entitled because of the fraudulent misrepresentations included in the PPP loan application.

k.       It was part of the scheme and artifice that in April 2021, the defendant, would and did fraudulently complete and electronically submit an SBA Form 2483-C (PPP Borrower Application Form for Schedule C Filers Using Gross Income) (loan ending in 8709) in the name "Moriole Davis" as a Sole Proprietor performing trucking services under the business name "Morioles miscellaneous Trucking Services," along with an IRS Form 1040, Schedule C, for purposes of applying for a PPP loan to which the defendant was not entitled.

8

l.     It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483-C for the loan ending in 8709 in April 2021, the defendant would and did list the gross income from 2019 IRS Form, Schedule C, line 7 as $785,855, when there was no such gross income for that business.

m.     It was further a part of the scheme and artifice that when fraudulently completing the SBA Form 2483-C for the loan ending in 8709 in April 2021, the defendant would and did claim the purpose of the loan was for payroll costs (including paying six employees plus owner compensation), corresponding to a loan amount of $110,832.

n.     It was further a part of the scheme and artifice that when fraudulently completing and electronically submitting the SBA Form 2483-C for the loan ending in 8709 in April 2021, the defendant would and did certify that the funds would be used to maintain payroll and cover operations expenditures and supplier costs, as specified under the PPP Rules, when in fact they were not.

o.     It was further a part of the scheme and artifice that in December 2021, the defendant would and did fraudulently complete and electronically submit SBA Form 3508S (PPP Loan Forgiveness Application Form) seeking forgiveness for the PPP loan ending in 8709, to which he was not entitled because of the fraudulent misrepresentations included in the PPP loan application.

9

p.      It was further a part of the scheme and artifice that the defendant would and did provide financial institution account information into which the fraudulently-obtained PPP funds would be transferred via an ACH payment / wire transfer for the loans to the defendant's VyStar Credit Union (VyStar) account.

q.      It was further a part of the scheme and artifice that the defendant would and did cause an SBA Participating Lender (Kabbage) to send PPP loan proceeds via an ACH payment / wire transfer to defendant's VyStar bank account for PPP loan ending in 8202.

r.      It was further a part of the scheme and artifice that the defendant would and did cause an SBA Participating Lender (Itria) to send PPP loan proceeds via an ACH payment / wire transfer to defendant's VyStar bank account for PPP loan ending in 8409.

s.      It was further a part of the scheme and artifice that the defendant would and did cause an SBA Participating Lender (Amur) to send PPP loan proceeds via an ACH payment / wire transfer to defendant's VyStar bank account for PPP loan ending in 8709.

t.      It was further a part of the scheme and artifice that the defendant would and did retain loan proceeds for the defendant's personal use from all three PPP loans, which was not for any legitimate PPP loan purpose.

u.    It was further a part of scheme and artifice that the defendant would and did perform acts, and make statements to promote and achieve the object of the scheme and artifice and to misrepresent, hide, and conceal, and cause to be misrepresented, hidden, and concealed, the purpose of the scheme and artifice and the acts committed in furtherance thereof.

v.    It was further a part of scheme and artifice that the defendant would and did wire transfer funds in excess of $10,000, those funds constituting criminally derived property of a value greater than $10,000 that was derived from the defendant's unlawful activity as described herein, to an account controlled by Person # 1 from the defendant's VyStar account.

## D. **Execution of the Scheme and Artifice**

15.    On or about the dates listed below, in the Middle District of Florida and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises,

**MORIOLE CLEVELAND DAVIS,**

the defendant herein, did knowingly transmit, cause to be transmitted, and aid and abet the transmission of, the following writings, signs, signals, pictures, and sounds, by means of wire communication in interstate commerce:

11

| COUNT | DATE | WIRE COMMUNICATION |
|---|---|---|
| ONE | August 4, 2020 | Electronic submission of the SBA Form 2483-C (PPP Borrower Application Form for Schedule C filers Using Gross Income) to Kabbage requesting a PPP loan. |
| TWO | October 8, 2021 | Electronic submission of the SBA Form 3508S (PPP Loan Forgiveness Application Form) to Kabbage for forgiveness of the Moriole Davis PPP loan ending 8202 in the amount of $20,409. |
| THREE | February 18, 2021 | Electronic submission of the SBA Form 2483-SD (PPP Second Draw Borrower Application Form for Schedule C Filers Using Gross Income) to Itria requesting a second draw. |
| FOUR | April 7, 2022 | Electronic submission of the SBA Form 3508S (PPP Loan Forgiveness Application Form) to Itria for forgiveness of the Moriole Davis PPP loan ending 8409 in the amount of $20,407.50. |
| FIVE | April 1, 2021 | Electronic submission of the SBA Form 2483-C (PPP Borrower Application Form for Schedule C filers Using Gross Income) to Amur requesting a PPP loan. |
| SIX | December 3, 2021 | Electronic submission of the SBA Form 3508S (PPP Loan Forgiveness Application Form) to Amur for forgiveness of the Moriole Davis, doing business as Morioles miscellaneous Trucking Services PPP loan ending 8709 in the amount of $110,832. |

All in violation of 18 U.S.C. §§ 1343 and 2.

## COUNT SEVEN
### (Illegal Monetary Transactions)

1.    The Grand Jury hereby realleges Paragraphs 1 through 15 of Counts

One through Six of this Indictment and incorporates such paragraphs by this

12

reference as though fully set forth herein.

2. On or about April 8, 2021, in the Middle District of Florida, and elsewhere, the defendant,

**MORIOLE CLEVELAND DAVIS,**

did knowingly engage and attempt to engage in a monetary transaction, and aided and abetted others in engaging in a monetary transaction, in and affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is, wire fraud, in violation of 18 U.S.C. § 1343, as charged in Counts One through Six, specifically: a wire transfer in the amount of approximately $11,083.50 to an account controlled by Person # 1.

In violation of 18 U.S.C. §§ 1957 and 2.

## FORFEITURE

1. The allegations contained in Counts One though Seven are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1343, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

13

3.    Upon conviction of a violation of 18 U.S.C. § 1957, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), any property, real or personal, involved in such offense, or any property traceable to such property.

4.    The property to be forfeited includes, but is not limited to, an order of forfeiture for at least $151,648.50, which represents the proceeds that the defendant obtained as a result of the fraud scheme charged in Counts One through Six.

5.    If any of the property described above, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,



GREGORY W. KEHOE
United States Attorney

By:    CHARLES D. GRIFFITH, JR
Assistant United States Attorney

By:    MICHAEL J. COOLICAN
Assistant United States Attorney
Chief, Jacksonville Division

FORM OBD-34
4/2/26 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## MORIOLE CLEVELAND DAVIS

## INDICTMENT

Violations:    18 U.S.C. § 1343
18 U.S.C. § 1957

A true bill.

███████████████████

Filed in open court this ___2nd___ day

of April, 2026.

_____
Clerk

Bail    $_____

GPO 863 525